FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 19 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAL PLUNKETT | Criminal Information<br><br>No. 2:23-CR-011-SCJ |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 24, 2022, in the Northern District of Georgia, the defendant, JAMAL PLUNKETT, did knowingly possess a stolen firearm, that is, a Ruger, model 5.7, 5.7x28mm semiautomatic pistol, which had been shipped and transported in interstate and foreign commerce, knowing, and having reasonable cause to believe, that the firearm was stolen, all in violation of Title 18, United States Code, Section 922(j).

RYAN K. BUCHANAN
*United States Attorney*

THEODORE S. HERTZBERG
 *Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181